UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW HOUSTON,<br><br>        Petitioner,<br><br>    v.<br><br>SECRETARY JAMES DZURENDA, et al.,<br><br>        Respondents. | Case No. 2:19-cv-01360-RFB-VCF<br><br>**ORDER** |

    Petitioner commenced this action with a document titled "Federal Tort Claim." He alleges that he was kept in prison past his parole date. The Court construes this as a petition for writ of habeas corpus. Petitioner has since informed the Court that his address has changed to a residence in Iowa. The website of the Nevada Department of Corrections indicates that petitioner has been paroled.[1] Petitioner's parole from prison moots his claims.

    Reasonable jurists would not find the Court's conclusion to be debatable or wrong. The Court will not issue a certificate of appealability.

/ / /

/ / /

---

[1] https://ofdsearch.doc.nv.gov/form.php (report generated October 8, 2019). Petitioner's name or identification number, 1210652, will need to be entered into the correct search lines.

1

1 | IT THEREFORE IS ORDERED that this action is **DISMISSED** as moot.  The Clerk of
2 | the Court shall enter judgment accordingly and close this action.
3 | IT FURTHER IS ORDERED that a certificate of appealability will not issue.
4 | DATED: October 8, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**